UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ALLISWELL CORPORATION, a Bahamian Corporation | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 4:25-cv-00170-SEB-KMB ) |
| ARKHAUS, INC., a Delaware corporation, SAM PAYROVI, and ARK VESSELS, LLC | ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO DISMISS AMENDED COMPLAINT FOR *FORUM NON CONVENIENS* AND/OR JUDICIAL COMITY

Come now defendants ARKHAUS, INC., SAM PAYROVI, and ARK VESSELS, LLC, by

counsel, and move the Court to dismiss the Amended Complaint on the grounds of *forum non*

*conveniens* and/or judicial comity. In support of its motion, defendants file herewith their Memorandum

in Support pursuant to Local Rule 7-1.

WHEREFORE, Defendants, by counsel, respectfully request the Court dismiss the Amended

Complaint for *forum non conveniens* and/or judicial comity, and for all other relief just and proper.

Respectfully submitted,
RUBIN & LEVIN, P.C.

By    /s/ William J. Walker
Reynold T. Berry Atty. No. 25482-49
William J. Walker Atty. No. 38559-29

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served electronically via the Court's ECF

system upon the following this <u>29th</u> day of December, 2025

William A. Ramsey, Esq.
Email:  war@barrettlaw.com

/s/William J. Walker
William J. Walker

RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN  46204
(317) 634-0300 - Fax (317) 263-9410
Email: wwalker@rubin-levin.net
RTB/js1
(Our File No. 83937302)  F:\WP80\GENLIT\Arkhaus-Rabie (Alliswell) -83937302\Mot and Ord to Dismiss.wpd